Date: 01/22/10  DIVIDENDS REMITTED TO THE COURT  # 149721  Page: 1

Case Number 08-14775 - FALASCO, DINO R.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000007 | 453.44 | 4.66 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000008 | 63.72 | 0.65 |
| ---------- Remittance Total ---------- | | 517.16 | 5.31 |

*LAUREN A. HELBLING, Trustee*

FILED 2010 JAN 26 PM 3:05 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND